IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | No. 04-1210-T/An |
| RONALD K. TAYLOR, | ) | |
| Defendant. | ) | |

and

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | No. 04-1211-T/An |
| BERNICE TAYLOR, | ) | |
| Defendant. | ) | |

ORDER

In October 2004, the Court entered orders in these interrelated cases enforcing IRS summonses. Upon the defendants' failure to comply, orders to show cause why they should not be held in contempt were entered and a hearing was set for March 15, 2005. At the hearing, counsel for the defendants appeared and stated that Mrs. Taylor had been admitted to the hospital that morning. The Court ordered the defendants to submit Mrs. Taylor's

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on 5/24/05

medical records to confirm the reason for their failure to appear at the hearing. The show cause hearing was later rescheduled for June 17, 2005.

Following the submission of Mrs. Taylor's medical records, the Court issued an order holding the case against her in abeyance pending medical improvement and ordering counsel to file monthly status reports as to her medical condition. Accordingly, Bernice Taylor is hereby EXCUSED from appearing at the June 17, 2005 hearing. The case against Mr. Taylor, however, has not been held in abeyance; therefore, Ronald K. Taylor is hereby ORDERED to appear at the hearing scheduled for June 17, 2005 and show cause why he should not be held in contempt for failure to obey the Court's order enforcing the IRS summons.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 May 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:04-CV-01211 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Charles M. Flesch
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Honorable James Todd
US DISTRICT COURT