IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 04-1211-T/An |
| ) | |
| BERNICE TAYLOR, ) | |
| ) | |
| Defendant. ) | |

ORDER CLOSING CASE ADMINISTRATIVELY
AND
ORDERING QUARTERLY REPORTS TO BE FILED

Defendant Bernice Taylor was previously ordered to show cause why she should not be held in contempt of Court for her failure to obey the Court's order enforcing an Internal Revenue Service summons. However, on the day of the scheduled hearing, the defendant's counsel appeared and advised the Court that the defendant had been admitted to the hospital that morning. The Court continued the hearing and ordered counsel to submit defendant's medical records to confirm the reason for her failure to appear. After receiving those records, the Court held the case against the defendant in abeyance pending improvement in her medical condition.[1]

---

[1] The companion case against the defendant's husband, Ronald K. Taylor, was not held in abeyance. At a hearing conducted on July 21, 2005, Mr. Taylor was held in contempt of Court.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  9/16/05

The Clerk of Court is directed to close this case for administrative purposes. However, the defendant's counsel is hereby ORDERED to submit quarterly reports on the defendant's medical condition. The first report must be filed on September 30, 2005, with additional reports at the end of every three months thereafter.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_15 September 2005_____
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 1:04-CV-01211 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Charles M. Flesch
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Honorable James Todd
US DISTRICT COURT