IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 04-1211-T/An |
| | ) | |
| BERNICE TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER REQUIRING IRS TO REPORT

On February 10, 2005, defendant Bernice Taylor was ordered to show cause why she should not be held in contempt of Court for her failure to obey an order enforcing an Internal Revenue Service summons. On the day of the scheduled hearing, the Court was advised that the defendant had been admitted to the hospital that morning with a serious health condition. The hearing was continued and the case held in abeyance pending the receipt of further information regarding her medical condition. That information revealed that Ms. Taylor's condition remains serious.

A hearing was held on July 21, 2005 in the companion case filed by the IRS against the defendant's husband, Ronald K. Taylor, #04-1210-T/An. At that hearing, Mr. Taylor was held in civil contempt and ordered to surrender himself for incarceration unless the IRS informed the Court prior to his surrender date that he had complied with the summons. On

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10/18/05

October 13, 2005, the IRS moved to purge Mr. Taylor's contempt and cancel the order for incarceration, stating that he had substantially complied with the IRS summons. The Court has granted that motion.

In light of Bernice Taylor's medical condition and the information recently supplied to the IRS by Ronald K. Taylor in compliance with the summons, the IRS is hereby ORDERED to report to the Court, in writing and within fifteen days after the entry of this order, whether it intends to proceed with the action against Bernice Taylor.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_14 October 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 1:04-CV-01211 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Charles M. Flesch
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Honorable James Todd
US DISTRICT COURT