IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| Petitioner, | : |
| v. | : Civ. No. 04-1211 |
| BERNICE TAYLOR, | : |
| Respondent. | : |

### UNITED STATES' UNOPPOSED MOTION TO CLOSE CASE

The United States, through undersigned counsel, moves the Court to close the above-captioned case. Mrs. Taylor's husband, Ronald Taylor (see Civ. No. 04-1210), has substantially complied with the Internal Revenue Service's summons, which obviates the need for this case to proceed. Mrs. Taylor's counsel stated that the respondent does not oppose this motion.

Dated: November 2, 2005

Respectfully submitted,

CHARLES M. FLESCH
DASHIELL C. SHAPIRO
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 227
Washington, DC 20044
Tel: (202) 514-9641

**MOTION GRANTED**
DATE: 3 November 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/4/05

1402990.1



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, | : |
|   Petitioner, | : |
| v. | : Civ. No. 04-1211 |
| BERNICE TAYLOR, | : |
|   Respondent. | : |

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing UNITED STATES' UNOPPOSED MOTION TO CLOSE CASE has been made this 2nd day of November, 2005, by mailing (and faxing), postage prepaid, addressed to:

Lowe Finney, Esq.
Counsel for Ronald Taylor
213 East Lafayette Street
Jackson, TN 38301

_____
DASHIELL C. SHAPIRO

1402990.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 1:04-CV-01211 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Charles M. Flesch
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

Dashiell C. Shapiro
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Honorable James Todd
US DISTRICT COURT